## H. J. BRADY v. J. M. WHITE.

1. PROMISSORY NOTE. *Blank endorsement. Evidence of title in whom.* The possession of a note endorsed in blank is evidence of title in the holder, who, if he be an endorser, and pay the note, may sue the maker thereof without erasing his endorsement, or filling up the blank.

2. RECORD OF COURT. *Of what best evidence.* The record is the best evidence of Court proceedings, therefore, where the deposition of a witness detailing them without producing it was excluded,

*Held,* Correct.

### FROM WARREN.

Appeal from the Circuit Court. W. P. HICKERSON, Judge.

W. E. B. JONES for Brady.

SAVAGE & SWAFFORD for White.

NICHOLSON, C. J., delivered the opinion of the Court.

Brady executed his note for $384, payable to Lawrence McCown. The note was endorsed in blank by McCown and J. W. White, to the First National Bank, etc. White, the last endorser, paid and took up the note, and then sued Brady, in his own name, without striking out his name as endorser, or filling up the blank endorsement.

The Court charged the jury, that White could

maintain the suit in his own name. There was no error in this. He might have erased his own name as endorser at any time, after having paid it, and taken it up. The possession of the note was evidence of his title, and it was not material that he sued in his own name, without erasing the endorsement, or filling up the blank.

Nor was there any error in excluding those portions of Campbell's deposition which detailed proceedings in Court, without producing the record, which was the proper evidence.

The judgment is supported by the evidence, and is affirmed.